JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESTATE OF AMANDA BEWS, et al., | CV 23-9775 PA (JPRx) |
| Plaintiffs, | JUDGMENT |
| v. | |
| COUNTY OF LOS ANGELES, et al., | |
| Defendants. | |

Pursuant to the Court's February 2, 2024 Minute Order dropping defendant Fresno Cremation Company d/b/a Chapel of Light from this action, the Court's February 23, 2024 Order granting the Motion to Dismiss Plaintiffs' section 1983 claims with leave to amend, and the Court's March 15, 2024 Minute Order dismissing the section 1983 claims filed by Plaintiffs Estate of Amanda Bews, by and through its successors in interest A.S.R. and R.E.H., and Melinda Bettencourt (collectively "Plaintiffs"), after Plaintiffs elected not to file an amended Complaint;

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED, that in accordance with Plaintiffs' request for voluntary dismissal of the section 1983 claims asserted against Defendant Alex Villaneuva, Plaintiffs' first, second, third, and fourth claims against Defendant Alex Villanueva are dismissed;

1    IT IS FURTHER ORDERED, ADJUDGED, AND DECREED, that Plaintiffs' first,
2 second, third, and fourth claims are dismissed with prejudice, and judgment is entered in
3 favor of Defendants County of Los Angeles, Sean O'Brien Henderson, M.D., and Tri Hong,
4 Rph.; and
5    Defendants County of Los Angeles, Sean O'Brien Henderson, M.D., and Tri Hong,
6 Rph are awarded their costs of suit.
7    IT IS SO ORDERED.

DATED: March 15, 2024

                                              Percy Anderson
                                    UNITED STATES DISTRICT JUDGE